**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **THERESA BAKER, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARD CHARLES WOLFE,** <br><br> PLAINTIFF, <br><br> vs. <br><br> **AMERICAN GREETINGS CORP.,** <br><br> DEFENDANT. | Case No. 1:12-cv-00065 BYP <br><br> Class Action <br><br> Jury demanded |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **KEVIN COLLIER, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF RUTHIE COLLIER,** <br><br> PLAINTIFF, <br><br> vs. <br><br> **AMERICAN GREETINGS CORP.,** <br><br> DEFENDANT. | Case No. 1:12-cv-01760-BYP <br><br><br> Jury demanded |

**JOINT MOTION FOR**
**FINAL APPROVAL OF SETTLEMENT AGREEMENT**

American Greetings Corp., the Defendant, along with Plaintiffs Theresa Baker, as the representative of the Estate of Richard Charles Wolfe, and Kevin Collier, as the representative of the Estate of Ruthie Collier, jointly move for final approval of a class action settlement. The parties make this joint motion only to implement their settlement and the settlement shall have

no force or effect, nor shall the parties' request for certification of a class, if the settlement is not approved.

        For the purpose of implementing the settlement, the parties jointly ask this Court to:

        a.        Give final approval to the settlement as fair and reasonable;

        b.        certify the settlement class;

        c.        appoint the Plaintiffs as Class Representatives;

        d.        appoint the Plaintiffs' attorneys as Class Counsel;

        e.        approve Rust Consulting as the settlement administrator and approve its fee; and

        f.        approve the use and distribution of the claim form attached as **Exhibit 3**.

In addition, the Plaintiffs and their Counsel ask the Court to:

        g.        give final approval to the award attorneys' fees to the Plaintiffs' Counsel; and

        h.        give final approval to the compensatory awards to the Plaintiffs.

Respectfully submitted,

**MURRAY AND MURRAY CO., L.P.A.**

Dennis E. Murray, Jr. (0038509)
dmj@murrayandmurray.com
(419) 624-3126
Margaret M. Murray (0066633)
mmm@murrayandmurray.com
(419) 624-3128
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
Facsimile:  (419) 624-0707

**MCCLANAHAN ● MYERS ● ESPEY, L.L.P**.

By:    /s/ *Michael D. Myers*
Michael D. Myers (*Pro Hac Vice*)
mike@mmellp.com
(713) 223-7063
Robert H. Espey, II (*Pro Hac Vice*)
bob@mmellp.com
(713) 223-7072
3355 West Alabama, Suite 210
Houston, Texas 77098
Facsimile:  (713) 223-3664

**TAYLOR, BURRAGE, FOSTER, MALLETT, DOWNS & RAMSEY**

Sean Burrage (*Pro Hac Vice*)
SBurrage@soonerlaw.com
(918) 343-4100
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Facsimile:  (918) 343-4900

**ATTORNEYS FOR THE PLAINTIFF**

**JONES DAY**

 s/ *Tracy K. Stratford*
James R. Wooley (0033850)
E-mail: jrwooley@jonesday.com
Stanley Weiner (0083382)
E-mail: sweiner@jonesday.com
Tracy K. Stratford (0069457)
E-mail: tkstratford@jonesday.com
Bradley W. Harrison (0080847)
E-mail: bwharrison@jonesday.com

North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

**ATTORNEYS FOR AMERICAN GREETINGS CORP.**

## CERTIFICATE OF SERVICE

I certify that on September 16, 2013, a copy of the joint motion for final approval of the settlement and memorandum in support was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By: */s/ Michael D. Myers*
Michael D. Myers